IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALEKSEY KRUKOVSKIY,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CASE NO. 3:26-CV-1260-D** |
| | § | |
| **LVNV FUNDING LLC,** | § | |
| **DEFENDANT.** | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, plaintiff's *pro se* civil action will be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**.

August 27, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE